UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:20-cr-0001-TWP-VTW |
| KRISTY LANAE JOHNSON, | ) |
| Defendant. | ) |

Minute Entry for December 15, 2020

Before the Hon. Van T. Willis, U.S. Magistrate Judge

This matter is before the Court for an Ex-Parte Hearing on Defendant's pro se Motion for Change of Counsel (Dkt. 60).  The defendant appeared via video conference from Clark County Jail.  CJA counsel Patrick J. Renn also appeared via video conference. The defendant consented on the record to the proceedings being held via video conference.

The Court inquired of the defendant whether she wished for Mr. Renn to remain as her appointed attorney.  Mr. Renn also addressed the court regarding the motion.  The Court, having considered the statements of the defendant and Mr. Renn, and finding that there has been a breakdown of the attorney-client relationship, hereby GRANTS the Defendant's pro se Motion to Change Counsel (Dkt. 60).  The appearance of Patrick J. Renn as appointed counsel is WITHDRAWN.   Replacement CJA counsel will be appointed by the Court.

Defendant is remanded to the custody of U.S. Marshal pending further proceedings before the Court.

_____
VAN WILLIS
United States Magistrate Judge
Southern District of Indiana

Distribution via CM/ECF to all counsel of record